## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **RENATER EDWARDS,** | § | |
| | § | |
| **plaintiff,** | § | |
| | § | |
| **v.** | § | **Case 4:22-cv-2305** |
| | § | |
| **NEWREZ, LLC fka New Penn Financial,** | § | |
| **LLC dba Shellpoint Mortgage Servicing,** *et al.,* | § | |
| | § | |
| **defendants.** | § | |

## <u>DEFENDANTS' EXHIBIT INDEX</u>

Plaintiff's original petition and order setting hearing on temporary injunction ............................. 1

Affidavit of plaintiff Renater Edwards ............................................................... 2

Clerks certificate of cash deposit in lieu of injunction bond per order of the court ...................... 3

Temporary restraining order and order setting hearing on temporary injunction .......................... 4

Citations/returns ................................................................................. 5

Affidavit of service .............................................................................. 6

Defendants' answer .............................................................................. 7

State court docket sheet ......................................................................... 8

Harris county appraisal district real property account information ................................. 9



<div style="text-align: right">

null / ALL
**Transmittal Number: 25181771**
**Date Processed: 07/08/2022**

</div>

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Spencer Mosness<br>NEWREZ LLC<br>1100 Virginia Dr<br>Ste 125<br>Fort Washington, PA 19034-3235 |
| **Electronic copy provided to:** | Justin Bradley<br>Jessica Julia Esq.<br>Daniel Trautz<br>Cheryl Rathke<br>Lauren Delehey<br>Brian Little<br>Kirk Wolff |

| | |
|---|---|
| **Entity:** | NewRez LLC<br>Entity ID Number  3474104 |
| **Entity Served:** | Newrez LLC (fka New Penn Financial LLC dba Shellpoint Mortgage Servicing) |
| **Title of Action:** | Renater Edwards vs. Newrez, LLC f/k/a New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing |
| **Matter Name/ID:** | Renater Edwards vs. Newrez, LLC f/k/a New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing (12533947) |
| **Document(s) Type:** | Temporary Restraining Order/Summons/Complaint |
| **Nature of Action:** | Property |
| **Court/Agency:** | Harris County District Court, TX |
| **Case/Reference No:** | 202239178 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 07/01/2022 |
| **Answer or Appearance Due:** | 07/13/2022 |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Medearis Law Firm, PLLC<br>281-954-6270 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

<div style="text-align: right; color: red">

EXHIBIT 1

</div>

CAUSE NO. 202239178

COPY OF PLEADING PROVIDED BY PLT

                                           Receipt No.930150
                                           EML   TR#74022353

---

PLAINTIFF:EDWARDS, RENATER          | In the 190th
                                    | Judicial District Court of
Vs.                                 | Harris County, Texas

DEFENDANT:NEWREZ LLC (FKA NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE

---

### *TEMPORARY RESTRAINING ORDER*

THE STATE OF TEXAS
County of Harris

TO: NEWREZ LLC (FKA NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING) BY
SERVING THROUGH ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
    211 E 7TH STREET SUITE 620
    AUSTIN TX 78701

GREETING:

Whereas, TEMPORARY RESTRAINING ORDER AND ORDER SETTING HEARING ON TEMPORARY
INJUNCTION filed in the District Court of Harris County, Texas on June 30, 2022 as
shown by true and correct copy of said Petition attached.
AND WHEREAS, the Honorable Judge of said court, upon presentation of said Petition
to him, entered his Order and Fiat as shown by a true copy of said Order and Fiat
attached:
    THEREFORE YOU ARE HEREBY COMMANDED TO OBEY EACH AND ALL THE TERMS OF SAID
ORDER AND FIAT, and that you cease and desist from doing each and all of the acts
said Order and Fiat restrains you from doing until hearing on such application for
temporary injunction to be heard before the Judge of said Court, on July 13, 2022
at 2:00o'clock P.M., in the 190th District Courtroom of the Courthouse of Harris
County, in Houston, Texas, when and where you will appear and show cause, why said
injunction should not be issued as prayed for in said Petition and why the other
relief prayed for therein should not be granted.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court at my office in
Houston, Harris County, Texas, this day of June 30, 2022.

Issued at request of:                                 *Marilyn Burgess*
Medearis, David M                       **Marilyn Burgess,** DISTRICT CLERK
1560 W BAY AREA BLVD SUITE 304                  HARRIS COUNTY,   T E X A S
77002                                          201 Caroline, Houston, Texas
FRIENDSWOOD, TX  77546
281-954-6270                                 P.O. Box 4651, Houston, Texas77210

Bar No: 24041465                             Generated By: WANDA CHAMBERS

EXHIBIT 1

Tracking Number: 74022353

**CAUSE NUMBER: 202239178**

PLAINTIFF: EDWARDS, RENATER                          In the 190th

    **vs.**                                                 Judicial        District

Court of

DEFENDANT: NEWREZ LLC (FKA NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE

Harris County, Texas

*OFFICER/AUTHORIZED PERSON RETURN*

Came to hand on the _____ day of _____
_____,20_____ at _____ o'clock _____M., and executed in
_____County,_Texas, by delivering to the within named ____
in person, a true copy of this Writ, having first endorsed thereon the date of
delivery, together with the accompanying true and correct copy of Judge's Order
and Fiat, on the _____day of _____ 20_____, at
_____o'clock __M.
at_____.

(place of service)
NOT EXECUTED FOR THE FOLLOWING REASONS: _____
Returned:_____, _____20_____

FEE: $_____                          _____
County, Texas

                    By _____

Sworn to and subscribed before me, this _____day of _____,
20__.

_____
                  Notary Public

<span style="color:red">EXHIBIT 1</span>

6/29/2022 4:13 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65903015
By: Monica Jackson
Filed: 6/29/2022 4:13 PM

Cause No_____

| | | |
|---|---|---|
| RENATER EDWARDS | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | |
| | § | |
| NEWREZ, LLC F/K/A NEW PENN | § | HARRIS COUNTY, TEXAS |
| FINANCIAL LLC D/B/A SHELLPOINT | § | |
| MORTGAGE SERVICING | § | |
| | § | |
| AND | § | |
| | § | _____ JUDICIAL DISTRICT COURT |
| THE BANK OF NEW YORK MELLON | § | |
| FKA THE BANK OF NEW YORK AS | § | |
| TRUSTEE FOR THE BENEFIT OF THE | § | |
| CERTIFICATEHOLDERS OF THE | § | |
| CWABS INC. ASSET-BACKED | § | |
| CERTIFICATES, SERIES 2006-SD4 | § | |

## PLAINTIFF'S ORIGINAL PETITION AND

## VERIFIED APPLICATION FOR TEMPORARY RESTRAINING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, RENATER EDWARDS, and brings this action against

Defendants, NEWREZ, LLC F/K/A NEW PENN FINANCIAL LLC D/B/A SHELLPOINT

MORTGAGE SERVICING and THE BANK OF NEW YORK MELLON FKA THE BANK

OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF

THE CWABS INC. ASSET-BACKED CERTIFICATES, SERIES 2006-SD4.

## FACTS

1.    Plaintiff, Renater Edwards, is the owner of the Subject Property, which is

located at **5111 Madden Ln, Houston 77048, Harris County.** The Plaintiff inherited the

subject property on February 1, 2014, when her mother, Frankie Johnson, passed away. The

1

EXHIBIT 1

legal description is as follows:

> **LOT 10, IN BLOCK 35, OF CRESTMONT ADDITION SECTION THREE (3), A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF. RECORDED IN VOLUME 3, PAGE 55, OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.**

2.      Defendant, **NEWREZ, LLC F/K/A NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("SHELLPOINT")** claims to be the current Mortgage Servicer of a note secured by a secured by a Home Equity Security Instrument dated March 24, 2000, filed in the Harris County Real Property Records. The Lender identified in the Deed of Trust is Full Spectrum Lending, Inc. A true and correct copy of this Home Equity Security Instrument is attached.

3.      Defendant **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC. ASSET-BACKED CERTIFICATES, SERIES 2006-SD4** is allegedly the current Mortgagee.

4.      A dispute exists between the parties as to the terms and conditions of the note as well as to the Defendant's right to pursue a Substitute Trustee's Sale, scheduled for July 4, 2022. Specifically, the Plaintiff disputes the Defendant's claim that the Plaintiff has defaulted on the subject Deed of Trust, and Plaintiff disputes that the Defendant is entitled to seek foreclosure, because, among other things, the Defendant failed to give sufficient legal notice.

5.      The Plaintiff received the attached Notice from Shellpoint dated May 19, 2022 informing her to contact Shellpoint. See Affidavit. Plaintiff made several calls to Shellpoint Mortgage in an effort to determine 1) if Shellpoint Mortgage Servicing is the true Mortgagee, 2) how much is owed on the mortgage, and 3) to arrange to refinance or pay the loan. Id.

6.      The Plaintiff later learned from a real estate investor that Shellpoint had

2

EXHIBIT 1

scheduled her house for foreclosure sale on July 5, 2022. The Plaintiff never received any

notice of acceleration, notice of default, or notice of trustee sale.

7. It is still unclear whether Shellpoint Mortgage Servicing is truly the holder of

the Mortgage. In addition to never providing a notice of acceleration setting forth the amount

allegedly due, the Plaintiff was never advised of an assignment of the Home Equity Security

Instrument.

8. The Plaintiff inherited the subject property on or about June 13, 2022.

9. The Defendant, filed the attached Notice of Substitute Trustee Sale. See Exhibit

A. It is important to note that, prior to sending this notice, the Defendant did not provide a notice

of default, and did not give the Plaintiff an opportunity to cure before accelerating the note and

scheduling the subject property for a trustee sale. See attached affidavit. Because no notice of

default was provided, the Plaintiff has not had sufficient opportunity to explore other option that

may be available, such as assistance, loan modification, or even a sale of the residence.

Nevertheless, the Defendant has not provided a notice of default, as required by Sec. 51.002(d)

of the Texas Property Code.

10. Additionally, the Plaintiff, Renater Edwards, never received the Notice of Trustee

sale by regular or certified mail. See Affidavit. Ms. Edwards only learned that her home was in

foreclosure from secondhand communications from real estate investors contacting her.

11. Finally, the Plaintiff inherited the subject property in February of 2014 and asserts

the statute of limitations to the Defendant's right to foreclose.

12. Plaintiff files this Application in this court seeking a Temporary Restraining

Order, enjoining Defendant from proceeding with said sale. The Plaintiff will suffer

irreparable harm if the Defendant conducts the Foreclosure Sale on July 5, 2022, and the

3

EXHIBIT 1

Plaintiff will have no adequate remedy at law, despite the fact that the sale would be wrongful due to the lack of notice to the Plaintiff.

## PARTIES

13.     Plaintiff, Renater Edwards, is an individual residing in Harris County, Texas.

14.     Defendant, NEWREZ, LLC F/K/A NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING, is a Foreign Financial Institution doing business in Texas that may be served by certified mail to its registered agent, Corporation Service Company 211 E. 7th Street, Suite 620 Austin, Texas 78701

15.     Defendant, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC. ASSET-BACKED CERTIFICATES, SERIES 2006-SD4 is a Foreign Financial Institution doing business in Texas that may be served by certified mail to its registered agent, CT Corporation System 1999 Bryan Dt. Suite 900 Dallas, Texas 75201

## DISCOVERY

16.     Pursuant to Rule 190.1 of the Texas Rules of Civil Procedure, Plaintiff states that discovery is to be conducted under Rule 190.3, Level 2 Discovery.

## JURISDICTION AND VENUE

17.     This Court has Jurisdiction over the subject matter and parties.

18.     Venue is proper in Harris County because the case concerns real property located in Harris County and the actions and omissions occurred in Harris County as well.

## CAUSES OF ACTION ASSERTED

### No Notice of Default/Defective Notice of Acceleration/Defective Deed of Trust

4

EXHIBIT 1

19.    The holder of a note must give notice to the maker of the holder's intent to accelerate the time for payment as well as notice of acceleration. *Shumway v. Horizon Credit Corp.*, 801 S.W.2d 890,893 (Tex. 1991). If the mortgagee intends to accelerate the maturity of the debt, the notice must unequivocally inform the mortgagor of the mortgagee's intention. *Id.* A proper notice of default must give the borrower notice that the alleged delinquency must be cured within 20 days, or else the loan will be accelerated, and the property will go to foreclosure. *Id.* Prior to a foreclosure action, the noteholder is also required to give the homeowner a clear and unequivocal acceleration notice, at least 21 days prior to the foreclosure sale date. *Ogden v. Gilbraltar Sav. Ass'n*, 640 S.W.2d 232,233 (Tex. 1982) Thus, effective acceleration requires two acts: notice of intent to accelerate and notice of acceleration. *Id.* It is well established that an acceleration can be abandoned Abandonment can occur either expressly through a clear repudiation of the right, or impliedly through conduct inconsistent with a claim to the right. *NSL Prop. Holdings, LLC v. Nationstar Mortg. LLC,* No. 02-16-00397-CV, 2017 Tex. App. LEXIS 7887, 2017 WL 3526354, at *5 (Tex. App.—Fort Worth Aug. 17, 2017, *pet. denied*) (mem. op.). When acceleration is abandoned, the contract is restored to its original condition, including restoring the loan's original maturity date and resetting the statute of limitations. *Id.*

20.    Pursuant to Tex. Prop. Code Ann. § 51.002(d), a timely notice of default and demand is a necessary condition precedent for an effectiveness notice of foreclosure under Tex. Prop. Code Ann. § 51.002(b). *Mills v. Haggard*, 58 S.W.3d 164 (Tex. App. Waco , 2001, *no pet.*). The failure to send a notice to cure has even been grounds to set aside a foreclosure. *See Id.*

21.    In this present case, the Defendant did not provide the required notice of default to give the Plaintiff an opportunity to cure.  Even if the Defendant had sent the statutorily required notice, pursuant to Section 51.002(d) (which the Defendant failed to do), the Defendant also did not

EXHIBIT 1

timely mail a notice of trustee sale to the Plaintiff.

22.     Due to the dispute over the alleged default and the Defendant's failure to provide sufficient notice for the pending foreclosure, the Plaintiff files a declaratory judgment lawsuit and seeks injunctive relief to avoid irreparable harm.

23.     Notwithstanding the above, the Plaintiff currently has the subject property listed for sale and intends to satisfy the debt, if any, which is owed to the Defendant, assuming that the Defendant is indeed the current holder of the note as claimed. But to do this, the Plaintiff will need a payoff statement. Because the Defendant never provided the Plaintiff with a notice of default, the Plaintiff is unable to determine the amount that the Defendant alleges to be owed.

### Declaratory Judgment

24.     Pursuant to Chapter 37 of the Texas Civil Practice and Remedies Code, Plaintiff respectfully requests that this Court issue a declaratory judgment specifying Plaintiff and Defendant's rights and duties in connection with the Deed of Trust and the underlying Note.

25.     Specifically, a controversy exists as to the balance and enforceability of the power of sale in the deed of trust.

26.     Additionally, Defendant did not follow the proper procedure pursuant to the Deed of Trust (and the Texas Property Code). Defendant's compliance (or lack thereof) will determine whether Defendant has the authority to foreclose. As stated above, the Defendant failed to mail Plaintiff the statutorily required 1) notice of default, and 2) notice of acceleration and notice of trustee sale.

**Statute of Limitations**

27.     Tex. Civ. Prac. & Rem. Code Ann. § 16.035(a) provides that a person must bring suit for the recovery of real property under a real property lien or the foreclosure of a real property

6

EXHIBIT 1

lien not later than four years after the day the cause of action accrues. The statute also provides that a sale of real property under a power of sale in a mortgage or deed of trust that creates a real property lien must be made not later than four years after the day the cause of action accrues, § 16.035(b).

28.    This four-year statute of limitations should not be disregarded, as it is in effect to serve a real and legitimate purpose.

### Temporary and Permanent Injunction

29.    Plaintiff seeks an injunction requiring Defendant, or any person or entity acting in concert with them, including but not limited to its attorneys, agents, servants, servicers, trustees, employees, successors, heirs and assigns, to desist and refrain from:

    a.   entering and taking possession of the Property or otherwise interfering with Plaintiff's right to the quiet enjoyment and use of the Property;

    b.   proceeding with or attempting to sell or foreclose upon the Property; and

    c.   attempting to purchase, transfer, assign or collect on the Mortgage.

    d.   charging Plaintiff's account for attorney's fees in connection with this action.

### APPLICATION FOR TEMPORARY RESTRAINING ORDER

30.    Plaintiff hereby incorporates by reference and re-alleges all material allegations of facts set forth above as if fully set forth herein.

31.    Pursuant to Rule 680 of the Texas Rules of Civil Procedure, Plaintiff hereby seeks immediate relief in the form of a temporary restraining order to preserve the status quo. Specifically, Plaintiff seeks a temporary restraining order and temporary injunction to prohibit the Defendant and/or any of its agents, employees or attorneys, servicing companies, or trustees, from

7

EXHIBIT 1

foreclosing upon the property. A temporary restraining order is sought to enjoin the Defendant for a period of at least 14 days until a temporary injunction hearing is held by this court concerning whether Plaintiff has a probable right of recovery for their various claims and causes of action pled herein. There presently exists an imminent threat of irreparable harm to Plaintiff in the form of the Defendant and their agents' stated intent to complete a foreclosure sale and divest Plaintiff of their ownership interest in the property, unless the court immediately restraints such acts or conduct as requested herein.

32.     Plaintiff's application for a Temporary Restraining Order is authorized by Texas Civil Practice and Remedies Code §65.011 because irreparable injury to real property is threatened, irrespective of any remedy at law.

33.     Moreover, after issuance of a temporary restraining order, and upon notice and a hearing as required by law, Plaintiff further seeks entry of the temporary injunction to maintain the status quo and prohibit the Defendant and their agents from foreclosing or attempting to foreclose on Plaintiff's property until the merits of the various claims and causes of actions as pled herein can be fairly and fully adjudicated.

## **CONDITIONS PRECEDENT**

34. Plaintiff asserts that all conditions precedent have occurred or been waived.

## **PRAYER**

35. WHEREFORE, Plaintiff prays that Defendant be cited to appear and answer, and the following order be entered:

   a. a declaratory judgment that declares that Defendant does not have the power of sale pursuant to the Deed of Trust.

   b. A declaration setting forth the amount, if any, that the Plaintiff owes pursuant to the note.

8

EXHIBIT 1

c.  A temporary and permanent injunction enjoining Defendant, or anyone acting on Defendant's behalf from: (1) entering, taking possession of the Property or otherwise interfering with Plaintiff's right to the quiet enjoyment and use of the Property; (2) proceeding with or attempting to sell or foreclose upon the Property; (3) attempting to purchase, transfer, assign or collect on the Mortgage; and (4) charging Plaintiff's account for attorney's fees in connection with this action.

d.  All the other relief to which Plaintiff is entitled.

Respectfully submitted,

MEDEARIS LAW FIRM, PLLC

By: _____

DAVID M. MEDEARIS, TBA #24041465
1560 W Bay Area Blvd., Suite 304
Friendswood Texas 77546
dmedearis@medearislaw.com
Tel 281-954-6270 | Fax 281-954-6280
**ATTORNEY FOR PLAINTIFF,
RENATER EDWARDS**

EXHIBIT 1

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alexa Rivera on behalf of David Medearis
Bar No. 24041465
arivera@medearislaw.com
Envelope ID: 65903015
Status as of 6/29/2022 4:23 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alexa NRivera | | arivera@medearislaw.com | 6/29/2022 4:13:45 PM | SENT |
| David MMedearis | | dmedearis@medearislaw.com | 6/29/2022 4:13:45 PM | SENT |
| Mindi Campbell | | mcampbell@medearislaw.com | 6/29/2022 4:13:45 PM | SENT |

**EXHIBIT 1**

CAUSE NO. _____

| | | |
|---|---|---|
| **RENATER EDWARDS** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **V.** | § | |
| | § | |
| **NEWREZ, LLC F/K/A NEW PENN** | § | _____ **JUDCIAL DISTRCIT** |
| **FINANCIAL LLC D/B/A SHELLPOINT** | § | |
| **MORTGAGE SERVICING** | § | |

<u>**AFFIDAVIT OF PLAINTIFF**</u>

<u>**RENATER EDWARDS**</u>

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, Renater Edwards, who, being by me duly sworn on oath stated:

"My name is Renater Edwards. The facts stated in this affidavit are true and correct and within my personal knowledge.

1) I am the only surviving natural daughter of Frankie M. Johnson, and I am reside at 5111 Madden Lane, Houston, Texas 77048, which I inherited from my late mother when she died on February 1, 2014 and this property is now my homestead.

2) Shellpoint Mortgage Servicing claims to be the current Mortgagee of a home equity note signed by my mother which is secured by a Home Equity Security Instrument dated March 24, 2000, filed in the Harris County Real Property Records. The Lender identified in the Deed of Trust is Full Spectrum Lending, Inc. A true and correct copy of this Home Equity Security Instrument is attached.

3) I received the attached Notice from Shellpoint dated May 19, 2022 informing me to contact Shellpoint. I made several calls to Shellpoint Mortgage in an effort to determine 1) if Shellpoint Mortgage Servicing is the true Mortgagee, 2) how much is owed on the mortgage, and 3) to arrange to refinance or pay the loan.

4) I learned from a real estate investor that Shellpoint had scheduled my house for foreclosure sale on July 5, 2022. I never received any notice of acceleration, notice of default, or notice of trustee sale.

5) It is still unclear whether Shellpoint Mortgage Servicing is truly the holder of the Mortgage. In addition to never providing a notice of acceleration setting forth the amount allegedly due, I have seen no assignment of the Home Equity Security Instrument.

1

EXHIBIT 1

6) This is my first time to seek a temporary restraining Order. I ask the Court to grant this Order so I can avoid the irreparable harm of losing my home.

7) My intention is to either refinance the property or sale the property.

By: *Renater Edwards*
Renater Edwards

BEFORE ME, the undersigned authority, on this day personally appeared Renater Edwards, known to me to be the person whose name is subscribed to the forgoing instrument, who after being by me duly sworn acknowledged that the statements contained above are true and correct, that he executed same for the purposes and consideration therein expressed.

SIGNED under oath before me on the 28th day of June, 2022.

NOTARY SIGNATURE

**ALEXA RIVERA**
My Notary ID # 131134324
Expires May 17, 2025

2

EXHIBIT 1

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



**shellpoint**
A DIVISION OF NEWREZ

**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM



S-SFRECS20 L-1237 R-106
PG2CZQ00200916 - 703264711 I05371
ESTATE OF FRANKIE M JOHNSON
5111 MADDEN LN
HOUSTON TX 77048-2727

| Loan Number: | 0539112797 |
| --- | --- |
| Principal Balance: | $9,635.08 |
| Property: | 5111 Madden Lane<br>Houston, TX 77048 |

05/19/2022

Dear Borrower,

As you are aware, your loan is delinquent. We have made several attempts to contact you; however, we have been unsuccessful.

When default occurs, it is extremely important that you maintain at least a bi-weekly contact with our office, so we can discuss what options may be available to you.

We understand that everyone's circumstances are different, and sometimes a hardship may prevent our valued customers from paying on their loan.

Your utmost cooperation is extremely important and is required in order to resolve this matter. Therefore, we would appreciate you contacting us immediately, so we can determine why the default has occurred and explain to you what your most viable options are. Please contact us today. Our toll free number is 866-825-2174. We are available Monday through Friday between the hours of 8:00AM-6:00PM EST.

Sincerely,

Shellpoint Mortgage Servicing

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

EXHIBIT 1

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

Shellpoint Mortgage Servicing utilizes third-party providers in connection with the servicing of your loan, but Shellpoint Mortgage Servicing remains responsible for all actions taken by third-party providers.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-825-2174 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 866-825-2174，我们将根据您甄选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

TEXAS PROPERTIES: PURSUANT TO THE REQUIREMENTS OF SECTION 157.0021 OF THE TEXAS MORTGAGE BANKER ACT AND SECTION 158.101 OF THE TEXAS FINANCE CODE, YOU ARE HEREBY NOTIFIED OF THE FOLLOWING: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TEXAS 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.

PROPIEDADES DE TEXAS: DE CONFORMIDAD CON LOS REQUISITOS DE LA SECCIÓN 157.0021 DE LA LEY DE BANQUEROS HIPOTECARIOS DE TEXAS Y LA SECCIÓN 158.101 DEL CÓDIGO FINANCIERO DE TEXAS, SE LE NOTIFICA LO SIGUIENTE: LAS QUEJAS RELACIONADAS CON EL SERVICIO DE SU HIPOTECA DEBEN SER ENVIADAS AL DEPARTAMENTO DE AHORROS Y PRÉSTAMOS HIPTECARIOS DE TEXAS, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TEXAS 78705. EL 1-877-276-5550 CUENTA CON UNA LÍNEA DIRECTA DE CONSUMO GRATUITA.

**EXHIBIT 1**

Loan #: 0539112797

Please make sure below address shows in window 

SHELLPOINT MORTGAGE SERVICING
P.O. BOX 10826
GREENVILLE, SC 28777

## Is your contact information accurate?

Please provide your most up-to-date contact information so that we can ensure you receive notifications and any information we may send in the future.

You may visit our website at www.shellpointmtg.com to update your contact information or return this completed form to us in the envelope we have provided. Our toll free number is 866-825-2174, we are available Monday through Friday between the hours of 8:00AM-6:00PM EST.

**Contact information is as follows:**

Home Mailing Address
☐ Has not changed
☐ Has changed, please direct future correspondence to:

_____
_____
_____

Best Phone Number
☐ Cell _____
*By providing the above cell phone number, you hereby consent to Shellpoint Servicing calling you at this number using our automatic dialing technology.*

☐ Home _____
☐ Work _____
*Please do not provide a work phone number if your employer prohibits you from receiving calls from Shellpoint Mortgage Servicing while at work.*

Best Time to Reach
☐ Morning
☐ Afternoon
☐ Evening

Authorized E-mail
☐ I do not want Shellpoint Servicing to contact me by email.
☐ Email
_____
*By providing the above email address, you hereby consent to communication with Shellpoint Servicing through email. You may revoke this consent at any time. If the email address you have provided is one issued by your employer, you understand and acknowledge that any email communication by way of this email address may be viewed by your employer. You also represent to Shellpoint Servicing that your employer does not prohibit communication with Shellpoint Servicing through this email address. Additionally, if the email address you have provided is available for use by any individuals who are not authorized to discuss your account information with Shellpoint Servicing, you understand and acknowledge that any email communication by way of this email address may be viewed by those individuals with access.*

P I000005  A-0539112797 0303T0000



**shellpoint**
A DIVISION OF NewRez

202239178 / Court: 190

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

Phone Number: 866-825-2174
Fax: 866-467-1187
Email: Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM



S-SFRECS20 L-1237 R-106
PG2CZQ00200916 - 703264711 I05371
ESTATE OF FRANKIE M JOHNSON
5111 MADDEN LN
HOUSTON TX 77048-2727

| Loan Number: | 0539112797 |
| --- | --- |
| Principal Balance: | $9,635.08 |
| Property: | 5111 Madden Lane |
| | Houston, TX 77048 |

05/19/2022

Dear Borrower,

As you are aware, your loan is delinquent. We have made several attempts to contact you; however, we have been unsuccessful.

When default occurs, it is extremely important that you maintain at least a bi-weekly contact with our office, so we can discuss what options may be available to you.

We understand that everyone's circumstances are different, and sometimes a hardship may prevent our valued customers from paying on their loan.

Your utmost cooperation is extremely important and is required in order to resolve this matter. Therefore, we would appreciate you contacting us immediately, so we can determine why the default has occurred and explain to you what your most viable options are. Please contact us today. Our toll free number is 866-825-2174. We are available Monday through Friday between the hours of 8:00AM-6:00PM EST.

Sincerely,

Shellpoint Mortgage Servicing

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS**

EXHIBIT 1

P I000001 A-0539112797 0103J0400

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013. 

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

Shellpoint Mortgage Servicing utilizes third-party providers in connection with the servicing of your loan, but Shellpoint Mortgage Servicing remains responsible for all actions taken by third-party providers.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-825-2174 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 866-825-2174，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

TEXAS PROPERTIES: PURSUANT TO THE REQUIREMENTS OF SECTION 157.0021 OF THE TEXAS MORTGAGE BANKER ACT AND SECTION 158.101 OF THE TEXAS FINANCE CODE, YOU ARE HEREBY NOTIFIED OF THE FOLLOWING: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TEXAS 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.

PROPIEDADES DE TEXAS: DE CONFORMIDAD CON LOS REQUISITOS DE LA SECCIÓN 157.0021 DE LA LEY DE BANQUEROS HIPOTECARIOS DE TEXAS Y LA SECCIÓN 158.101 DEL CÓDIGO FINANCIERO DE TEXAS, SE LE NOTIFICA LO SIGUIENTE: LAS QUEJAS RELACIONADAS CON EL SERVICIO DE SU HIPOTECA DEBEN SER ENVIADAS AL DEPARTAMENTO DE AHORROS Y PRÉSTAMOS HIPTECARIOS DE TEXAS, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TEXAS 78705. EL 1-877-276-5550 CUENTA CON UNA LÍNEA DIRECTA DE CONSUMO GRATUITA.

EXHIBIT 1

PG2CZQ0020091610053735-SFRECS20  L-1237 A-0539112797



Please make sure below address shows in window

SHELLPOINT MORTGAGE SERVICING
P.O. BOX 10826
GREENVILLE, SC 28777

# Is your contact information accurate?

Please provide your most up-to-date contact information so that we can ensure you receive notifications and any information we may send in the future.

You may visit our website at www.shellpointmtg.com to update your contact information or return this completed form to us in the envelope we have provided. Our toll free number is 866-825-2174, we are available Monday through Friday between the hours of 8:00AM-6:00PM EST.

**Contact information is as follows:**

Home Mailing Address
☐ Has not changed
☐ Has changed,  please direct future correspondence to:

_____
_____
_____

Best Phone Number
☐ Cell _____
*By providing the above cell phone number, you hereby consent to Shellpoint Servicing calling you at this number using our automatic dialing technology.*

☐ Home _____
☐ Work _____
*Please do not provide a work phone number if your employer prohibits you from receiving calls from Shellpoint Mortgage Servicing  while at work.*

Best Time to Reach
☐ Morning
☐ Afternoon
☐ Evening

Authorized E-mail
☐ I do not want Shellpoint Servicing to contact me by email.
☐ Email _____

*By providing the above email address, you hereby consent to communication with Shellpoint Servicing through email. You may revoke this consent at any time. If the email address you have provided is one issued by your employer, you understand and acknowledge that any email communication by way of this email address may be viewed by your employer. You also represent to Shellpoint Servicing that your employer does not prohibit communication with Shellpoint Servicing through this email address. Additionally, if the email address you have provided is available for use by any individuals who are not authorized to discuss your account information with Shellpoint Servicing, you understand and acknowledge that any email communication by way of this email address may be viewed by those individuals with access.*

<span style="color:red">EXHIBIT 1</span>



6/30/2022 9:40 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65918150
By: Ashley Lopez
Filed: 6/30/2022 9:40 AM

CAUSE NO. <u>2022-39178</u>

| | | |
|---|---|---|
| **RENATER EDWARDS** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **V.** | § | |
| | § | |
| **NEWREZ, LLC F/K/A NEW PENN** | § | <u>190th</u>  **JUDCIAL DISTRCIT** |
| **FINANCIAL LLC D/B/A SHELLPOINT** | § | |
| **MORTGAGE SERVICING** | § | |

## <u>AFFIDAVIT OF PLAINTIFF</u>

## <u>RENATER EDWARDS</u>

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, Renater Edwards, who, being by me duly sworn on oath stated:

"My name is Renater Edwards. The facts stated in this affidavit are true and correct and within my personal knowledge.

1) I am the only surviving natural daughter of Frankie M. Johnson, and I am reside at 5111 Madden Lane, Houston, Texas 77048, which I inherited from my late mother when she died on February 1, 2014 and this property is now my homestead.

2) Shellpoint Mortgage Servicing claims to be the current Mortgagee of a home equity note signed by my mother which is secured by a Home Equity Security Instrument dated March 24, 2000, filed in the Harris County Real Property Records. The Lender identified in the Deed of Trust is Full Spectrum Lending, Inc. A true and correct copy of this Home Equity Security Instrument is attached.

3) I received the attached Notice from Shellpoint dated May 19, 2022 informing me to contact Shellpoint. I made several calls to Shellpoint Mortgage in an effort to determine 1) if Shellpoint Mortgage Servicing is the true Mortgagee, 2) how much is owed on the mortgage, and 3) to arrange to refinance or pay the loan.

4) I learned from a real estate investor that Shellpoint had scheduled my house for foreclosure sale on July 5, 2022. I never received any notice of acceleration, notice of default, or notice of trustee sale.

5) It is still unclear whether Shellpoint Mortgage Servicing is truly the holder of the Mortgage. In addition to never providing a notice of acceleration setting forth the amount allegedly due, I have seen no assignment of the Home Equity Security Instrument.

1

EXHIBIT 2

6) This is my first time to seek a temporary restraining Order. I ask the Court to grant this Order so I can avoid the irreparable harm of losing my home.
7) My intention is to either refinance the property or sale the property.

By: *Renater Edwards*

Renater Edwards

BEFORE ME, the undersigned authority, on this day personally appeared Renater Edwards, known to me to be the person whose name is subscribed to the forgoing instrument, who after being by me duly sworn acknowledged that the statements contained above are true and correct, that he executed same for the purposes and consideration therein expressed.

SIGNED under oath before me on the 28th day of June, 2022.

NOTARY SIGNATURE

ALEXA RIVERA
My Notary ID # 131134324
Expires May 17, 2025

EXHIBIT 2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alexa Rivera on behalf of David Medearis
Bar No. 24041465
arivera@medearislaw.com
Envelope ID: 65918150
Status as of 6/30/2022 9:47 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David MMedearis | | dmedearis@medearislaw.com | 6/30/2022 9:40:09 AM | SENT |
| Alexa NRivera | | arivera@medearislaw.com | 6/30/2022 9:40:09 AM | SENT |
| Mindi Campbell | | mcampbell@medearislaw.com | 6/30/2022 9:40:09 AM | SENT |

EXHIBIT 2

CAUSE NUMBER _2022-39178_

R Enater Edwards                    §        IN THE DISTRICT COURT OF
_____
PETITIONER                          §        HARRIS COUNTY, TEXAS

                            VS.     §        _190_ JUDICIAL DISTRICT
NewRez, LLC  et al
_____
RESPONDENT

## CLERK'S CERTIFICATE OF CASH DEPOSIT IN LIEU
## OF INJUNCTION BOND PER ORDER OF THE COURT

THE STATE OF TEXAS §
COUNTY OF HARRIS   §

      THIS DOCUMENT IS TO CERTIFY that I, the undersigned Clerk of the District Courts of Harris County, Texas have received a cash deposit, as ordered by the Court, in the amount of _____ one hundred _____ Dollars ($ _100_____ ), to be deposited with the Registry of the Court in lieu of a **Temporary Restraining Order Bond** or a **Temporary Injunction Bond**, as required by Rule 684, T.R.C.P, in the above styled and numbered cause as provided by the order entered on the ___30___ day of ___June_____, 20_22_.

      This cash deposit is made and received in lieu of **TEMPORARY RESTRAINING ORDER** or a **TEMPORARY INJUCTION**, conditioned that the applicant will abide the decision which may be made in the cause, and that he will pay all sums of money and costs that may be adjudged against him if the restraining order or temporary injunction shall be dissolved in whole or in part, and this certificate is issued to have the force and effect of a **TEMPORARY RESTRAINING ORDER BOND** or a **TEMPORARY INJUCTION BOND** in accordance with the Order of the Court.

      WITNESS my hand and seal of office this _30th_ day of ___June_____ A.D., 20_22_.

**FILED**
**Marilyn Burgess**
**District Clerk**

JUN 3 0 2022

Time: _9:58 Am_
Harris County, Texas
By _I. Collin_
     Deputy

Principal: _Renater Edwards_

Attorney: _David Medearis_

Bar Number: _24049465_

**Marilyn Burgess, District Clerk**
**Harris County, Texas**
**PO BOX 4651**
**Houston, Texas 77210-4651**

By: _____
    **Deputy District Clerk**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

Created 3/2014

**EXHIBIT 3**

6/29/2022 4:13:45 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 65903015
By: JACKSON, MONICA J
Filed: 6/29/2022 4:13:45 PM

# 2022-39178 / Court: 190

Cause No_____

Pgs-3

TRORX
STBNX
CASO

| | | |
|---|---|---|
| RENATER EDWARDS | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | |
| | § | |
| NEWREZ, LLC F/K/A NEW PENN | § | HARRIS COUNTY, TEXAS |
| FINANCIAL LLC D/B/A SHELLPOINT | § | |
| MORTGAGE SERVICING | § | |
| | § | |
| AND | § | |
| | § | \_\_\_\_\_ JUDICIAL DISTRICT COURT |
| THE BANK OF NEW YORK MELLON | § | |
| FKA THE BANK OF NEW YORK AS | § | |
| TRUSTEE FOR THE BENEFIT OF THE | § | |
| CERTIFICATEHOLDERS OF THE | § | |
| CWABS INC. ASSET-BACKED | § | |
| CERTIFICATES, SERIES 2006-SD4 | § | |

## TEMPORARY RESTRAINING ORDER AND ORDER SETTING HEARING ON TEMPORARY INJUNCTION

On this day, the Court considered Plaintiff, **RENATER EDWARD'S** Application for

Temporary Restraining Order. In consideration of the application, verification, and arguments of

counsel, the Court finds there is evidence that harm is imminent, and the Application should be

GRANTED. If the Court does not issue the temporary restraining order, the Plaintiff, will be

irreparably injured if the Defendant, and those working in concert with Defendant seek foreclosure

by trustee sale of the property at **5111 Madden Ln, Houston 77048, Harris County Texas.**

> **LOT 10, IN BLOCK 35, OF CRESTMONT ADDITION SECTION THREE (3), A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF. RECORDED IN VOLUME 3, PAGE 55, OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.**

It is hereby ORDERED that Defendants **NEWREZ, LLC F/K/A NEW PENN**

**FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("SHELLPOINT")**

**AND THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS**

1

**EXHIBIT 4**

**TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC. ASSET-BACKED CERTIFICATES, SERIES 2006-SD4** or any person, agent, or entity acting in concert with Defendants, including but not limited to its servicers, attorneys, servants, employees, successors, trustees, heirs, and assigns are commanded forthwith to DESIST and RESTRAIN from:

a.   Foreclosing on Plaintiff's Property;

b.   Holding or noticing a Trustee Sale;

c.   Evicting anyone from the residence; and/or

d.   otherwise interfering with Plaintiff's right to the quiet enjoyment and use of the home.

   The clerk shall issue notice to Defendant and any counsel or other substitute trustee hired by the Defendant for the purpose of foreclosure that the hearing on Plaintiff's application for a temporary injunction is set for _____July 13, 2022_____, at ___2:00___ AM/PM. The purpose of the hearing shall be to determine whether this temporary restraining order should be made a temporary injunction pending a full trial on the merits. This restraining order is effective and binding on Defendant and any person or entity acting in concert with it, including but not limited to its attorneys, servicers, agents, servants, employees, successors, heirs and assigns until the hearing on the application for temporary injunction or until further order of the court. Bond is set at $100.00.

   Signed on _____, 2022, at _____ am/pm

Signed:
6/30/2022
9:44 AM

_____
Presiding Judge

2

EXHIBIT 4

Approved and submitted by,

By: _____

DAVID M. MEDEARIS, TBA #24041465
1560 W Bay Area Blvd., Suite 304
Friendswood Texas 77546
dmedearis@medearislaw.com
Tel. 281-954-6270 | Fax 281-954-6280
(Direct): 281-224-7481
ATTORNEY FOR PLAINTIFF
RENATER EDWARDS

3

EXHIBIT 4

6/30/2022 11:05 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65923965
By: Wanda Chambers
Filed: 6/30/2022 11:05 AM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** _2022-39178_       **CURRENT COURT:** __190th__

**Name(s) of Documents to be served:** __Signed Temporary Restraining Order__

**FILE DATE:** _06/30/2022_____   Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be**

**Served):**

**Issue Service to**: _NEWREZ, LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing____

Address of Service: _211 E. 7th Street, Suite 620_____

City, State & Zip: _Austin, Texas 78701_____

Agent (if applicable) _Corporation Service Company_____

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

| | | | |
|---|---|---|---|
| ☐ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |
| ☐ **Citation Scire Facias** | **Newspaper**_____ | | |
| ☒ **Temporary Restraining Order** | ☐ **Precept** | | ☐ **Notice** |
| ☐ **Protective Order** | | | |
| ☐ **Secretary of State Citation ($12.00)** | ☐ **Capias** (not by E-Issuance) | | ☐ **Attachment** (not by E-Issuance) |
| ☐ **Certiorari** | ☐ **Highway Commission ($12.00)** | | |
| ☐ **Commissioner of Insurance ($12.00)** | ☐ **Hague Convention ($16.00)** | | ☐ **Garnishment** |
| ☐ **Habeas Corpus** (not by E-Issuance) | ☐ **Injunction** | | ☐ **Sequestration** |
| ☐ **Subpoena** | | | |

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

---

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____    ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____       **(No Service Copy Fees Charged)**
☐ **CONSTABLE**                     *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by District Clerk**       used to retrieve the E-Issuance Service Documents.
                                    Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____

☐ **OTHER,** *explain* _____

---

**Issuance of Service Requested By:** Attorney/Party Name: _David Medearis_____   Bar # or ID _24041465_

Mailing Address: _1560 W. Bay Area Blvd., Suite 304_____

Phone Number: _281-954-6270_____

**EXHIBIT 5**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alexa Rivera on behalf of David Medearis
Bar No. 24041465
arivera@medearislaw.com
Envelope ID: 65923965
Status as of 6/30/2022 11:16 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David MMedearis | | dmedearis@medearislaw.com | 6/30/2022 11:05:36 AM | SENT |
| Alexa NRivera | | arivera@medearislaw.com | 6/30/2022 11:05:36 AM | SENT |
| Mindi Campbell | | mcampbell@medearislaw.com | 6/30/2022 11:05:36 AM | SENT |

EXHIBIT 5

6/30/2022 11:05 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65923965
By: Wanda Chambers
Filed: 6/30/2022 11:05 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: __2022-39178__          CURRENT COURT: __190th__

Name(s) of Documents to be served: __Signed Temporary Restraining Order__

**FILE DATE:** __06/30/2022__          Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be**

**Served):**

**Issue Service to**: __The Bank of New York Mellon__

Address of Service: __1999 Bryan Dr. Suite 900__

City, State & Zip: __Dallas, Texas 75201__

Agent (if applicable) __CT Corporation System__

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

| | | |
|---|---|---|
| ☐ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |

☐ **Citation Scire Facias**     Newspaper_____

☒ **Temporary Restraining Order**     ☐ **Precept**     ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**   ☐ **Capias** (not by E-Issuance)   ☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**     ☐ **Highway Commission ($12.00)**

☐ **Commissioner of Insurance ($12.00)**   ☐ **Hague Convention ($16.00)**   ☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)     ☐ **Injunction**     ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

| SERVICE BY *(check one)*: |
|---|
| ☐ **ATTORNEY PICK-UP (phone)** _____    ☒ **E-Issuance by District Clerk** |
| ☐ **MAIL to attorney   at:** _____       **(No Service Copy Fees Charged)** |
| ☐ **CONSTABLE**                          *Note*: The email registered with EfileTexas.gov must be |
| ☐ **CERTIFIED MAIL by District Clerk**    used to retrieve the E-Issuance Service Documents. |
|                                           Visit www.hcdistrictclerk.com for more instructions. |
| |
| ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____  Phone: _____ |
| |
| ☐ **OTHER**, *explain* _____ |

**Issuance of Service Requested By:** Attorney/Party Name: __David Medearis__    Bar # or ID __24041465__

Mailing Address: __1560 W. Bay Area Blvd., Suite 304__

Phone Number: __281-954-6270__

**EXHIBIT 5**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alexa Rivera on behalf of David Medearis
Bar No. 24041465
arivera@medearislaw.com
Envelope ID: 65923965
Status as of 6/30/2022 11:16 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David MMedearis | | dmedearis@medearislaw.com | 6/30/2022 11:05:36 AM | SENT |
| Alexa NRivera | | arivera@medearislaw.com | 6/30/2022 11:05:36 AM | SENT |
| Mindi Campbell | | mcampbell@medearislaw.com | 6/30/2022 11:05:36 AM | SENT |

EXHIBIT 5

7/1/2022 11:30 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65968483
By: Ashley Lopez
Filed: 7/1/2022 11:30 AM

## CAUSE NO. 202239178

| | | |
|---|---|---|
| RENATER EDWARDS | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| NEWREZ LLC (FKA NEW PENN FINANCIAL LLC DBA | § | |
| SHELLPOINT MORTGAGE) | § | |
| Defendant. | § | 190TH JUDICIAL DISTRICT |

## AFFIDAVIT OF SERVICE

"The following came to hand on Jun 30, 2022, 2:46 pm,

TEMPORARY RESTRAINING ORDER AND ORDER SETTING HEARING ON TEMPORARY INJUNCTION WITH EXHIBIT A,

and was executed at 1999 BRYAN ST., SUITE 900, DALLAS, TX 75201 within the county of DALLAS at 11:16 AM on Fri, Jul 01 2022, by delivering a true copy to the within named

BANK OF NEW YORK MELLON, BY DELIVERING TO THE REGISTERED AGENT, CT CORPORATION SYSTEM, WHERE THE DOCUMENT WAS ACCEPTED BY KIRK ATKINS, INTAKE SPECIALIST

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is Matthew James Foster, my date of birth is 01/29/1972, and my address is 1910 Pacific Avenue, Suite 9300, Dallas, TX 75201, and United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in DALLAS County, State of TX, on July 01, 2022.

Matthew James Foster
Certification Number: PSC-4907
Certification Expiration: 3/31/2024

EXHIBIT 6

CAUSE NO. 202239178

COPY OF PLEADING PROVIDED BY PLT

Receipt No.930149
EML  TR#74022365

PLAINTIFF:EDWARDS, RENATER

Vs.

DEFENDANT:NEWREZ LLC (FKA NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE

In the  190th
Judicial District Court of
Harris County, Texas

### *TEMPORARY RESTRAINING ORDER*

THE STATE OF TEXAS
County of Harris

TO: BANK OF NEW YORK MELLON (THE) (FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE
BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC ASSET-BACKED CERTIFICATES
SERIES 2006-SD4) BY SERVING THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
     1999 BRYAN STREET SUITE 900
     DALLAS TX 75201

GREETING:

Whereas, TEMPORARY RESTRAINING ORDER AND ORDER SETTING HEARING ON TEMPORARY
INJUNCTION filed in the District Court of Harris County, Texas on June 29, 2022 as
shown by true and correct copy of said Petition attached.
AND WHEREAS, the Honorable Judge of said court, upon presentation of said Petition
to him, entered his Order and Fiat as shown by a true copy of said Order and Fiat
attached:
     THEREFORE YOU ARE HEREBY COMMANDED TO OBEY EACH AND ALL THE TERMS OF SAID
ORDER AND FIAT, and that you cease and desist from doing each and all of the acts
said Order and Fiat restrains you from doing until hearing on such application for
temporary injunction to be heard before the Judge of said Court, on July 13, 2022
at 2:00o'clock P.M., in the 190th District Courtroom of the Courthouse of Harris
County, in Houston, Texas, when and where you will appear and show cause, why said
injunction should not be issued as prayed for in said Petition and why the other
relief prayed for therein should not be granted.

     ISSUED AND GIVEN UNDER MY HAND and seal of said Court at my office in
Houston, Harris County, Texas, this day of June 30, 2022.

Issued at request of:
Medearis, David M
1560 W BAY AREA BLVD STE 304
77002
FRIENDSWOOD, TX  77546
281-954-6270

Bar No: 24041465

*Marilyn Burgess*

**Marilyn Burgess,** DISTRICT CLERK
    HARRIS COUNTY,   T E X A S
    201 Caroline, Houston, Texas

P.O. Box 4651, Houston, Texas77210

Generated By: WANDA CHAMBERS

**EXHIBIT 6**

7/5/2022 12:28 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 66015243
By: Ashley Lopez
Filed: 7/5/2022 12:28 PM

## CAUSE NO. 202239178

| | | |
|---|---|---|
| RENATER EDWARDS | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | 190TH JUDICIAL DISTRICT |
| | § | |
| NEWREZ, LLC F/K/A NEW PENN FINANCIAL LLC D/B/A | § | |
| SHELLPOINT MORTGAGE SERVICING AND THE BANK | | |
| OF NEW YORK MELLON FKA THE BANK OF NEW YORK | | |
| AS TRUSTEE FOR THE BENEFIT OF THE | | |
| CERTIFICATEHOLDERS OF THE CWABS INC. ASSET- | | |
| BACKED CERTIFICATES, SERIES 2006-SD4 | | |
| Defendant. | § | HARRIS COUNTY, TEXAS |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Jun 30, 2022, 5:00 pm**,

**TEMPORARY RESTRAINING ORDER, PLAINTIFF'S ORIGINAL PETITION AND VERIFIED APPLICATION FOR TEMPORARY RESTRAINING ORDER, AFFIDAVIT OF RENATER EDWARDS ,**

and was executed at **211 E 7th St Ste. 620, Austin, TX 78701** within the county of **Travis** at **11:31 AM** on **Fri, Jul 01 2022**, by delivering a true copy to the within named

**NEWREZ, LLC F/K/A NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY ACCEPTED BY AUTHORIZED AGENT KANEISHA GROSS**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, my date of birth is **2/5/1983**, and my address is **500 E. 4th St. #143, Austin, TX 78701** , and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **TX**, on **July 05, 2022.**

_____

Corin Johnson
Certification Number: PSC-5625
Certification Expiration: 9/30/2022

EXHIBIT 6

7/12/2022 12:13 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 66232699
By: Tammy Tolman
Filed: 7/12/2022 12:13 PM

<div align="center">

**CASE 2022-39178**

</div>

| | | |
|---|---|---|
| **RENATER EDWARDS,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **plaintiff,** | § | |
| | § | |
| **v.** | § | **190th JUDICIAL DISTRICT** |
| | § | |
| **NEWREZ LLC fka New Penn Financial** | § | |
| **LLC dba Shellpoint Mortgage Servicing,** *et al.,* | § | |
| | § | |
| **defendants.** | § | **HARRIS COUNTY, TEXAS** |

<div align="center">

**DEFENDANTS' ORIGINAL ANSWER**

</div>

NewRez LLC fka New Penn Financial LLC dba Shellpoint Mortgage Servicing (**Shellpoint**) and The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificate Holders of CWABS, Inc., Asset Backed Series 2006-SD4 (**BoNYM**) (collectively **defendants**), answer Renater Edwards' petition as follows:

<div align="center">

**I.      GENERAL DENIAL**

</div>

1.      Defendants generally deny each and every allegation and claim for relief asserted by Ms. Edwards and demand strict proof thereof by a preponderance of credible evidence.

<div align="center">

**II.      AFFIRMATIVE DEFENSES**

</div>

2.      Ms. Edwards' claims fail, in whole or in part, because she fails to state a claim upon which relief may be granted.

3.      Ms. Edwards' claims fail, in whole or in part, because she failed to perform all conditions precedent to recovery, including the failure to assume the subject loan, her failure to tender amount necessary to avoid foreclosure and/or her failure to provide sufficient and/or timely notice, demand or request of her claims.

4.      Ms. Edwards' claims are barred, in whole or in part, because Ms. Edwards' own acts or omissions caused or contributed to her injury, if any.  In the event the trier of fact determines

---



Ms. Edwards has suffered any compensable damages, defendants invoke Texas Civil Practice & Remedies Code chapter 33 and request the trier of fact determine the proportion of responsibility for said damages by Ms. Edwards, defendants, any other defendants and responsible third-parties, if any, and to grant judgment against defendants, if at all, for only those damages for which defendants are found to be proportionately responsible.

5.      Ms. Edwards' claims are barred, in whole or in part, for failure to mitigate damages.

6.      Ms. Edwards' claims are barred, in whole or in part, by the economic loss rule.

7.      Ms. Edwards' claims are barred, in whole or in part, because any wrongful act or omission alleged to have been committed by defendants was a good faith result of a bona fide error.

8.      Any allegedly wrongful acts or omissions of defendants, if and to the extent such acts and omissions occurred, were legally excused or justified.

9.      Ms. Edwards' damages, if any, were caused or contributed to by her own prior breach of contract.

10.      Ms. Edwards' claims are barred, in whole or in part, because of a failure of consideration.

11.      Ms. Edwards' claims are barred, in whole or in part, by the doctrines of waiver, release, estoppel, ratification, acquiescence, privilege, consent and/or assumption of the risk.

12.      Defendants are entitled to an offset against any damages awarded to Ms. Edwards in an amount equal to any benefits Ms. Edwards receives.

### III.      PRAYER

Defendants requests the court enter a judgment Ms. Edwards take nothing and award defendants such further relief to which they may be entitled.


EXHIBIT 7

Date: July 12, 2022

Respectfully submitted,

    */s/ Michael J. McKleroy, Jr.*
Michael J. McKleroy, Jr.
SBN: 24000095, FBN: 576095
michael.mckleroy@akerman.com
 *--Attorney in Charge*
C. Charles Townsend
SBN: 24028053, FBN: 1018722
charles.townsend@akerman.com
Alfredo Ramos
SBN: 24110251, FBN: 3687680
fred.ramos@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339

**ATTORNEYS FOR DEFENDANT
SHELLPOINT MORTGAGE SERVICING
AND BANK OF NEW YORK MELLON**


<u>**CERTIFICATE OF SERVICE**</u>

A true and correct copy of this document was served on July 12, 2022 as follows:

David M. Medearis
1560 W. Bay Area Blvd., Suite 304
Friendswood, Texas 77546
dmedearis@medearislaw.com
*Counsel for Plaintiff*
<u>**VIA TEXFILE**</u>

    */s/ Michael J. McKleroy, Jr.*
Michael J. McKleroy, Jr.



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alfredo Ramos on behalf of Alfredo Ramos
Bar No. 24110251
fred.ramos@akerman.com
Envelope ID: 66232699
Status as of 7/12/2022 1:23 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David M.Medearis | | dmedearis@medearislaw.com | 7/12/2022 12:13:24 PM | SENT |
| Michael McKleroy | | michael.mckleroy@akerman.com | 7/12/2022 12:13:24 PM | SENT |
| David MMedearis | | dmedearis@medearislaw.com | 7/12/2022 12:13:24 PM | SENT |
| Alexa NRivera | | arivera@medearislaw.com | 7/12/2022 12:13:24 PM | SENT |
| Mindi Campbell | | mcampbell@medearislaw.com | 7/12/2022 12:13:24 PM | SENT |
| Alfredo Ramos | | fred.ramos@akerman.com | 7/12/2022 12:13:24 PM | SENT |
| Judy Spencer | | judy.spencer@akerman.com | 7/12/2022 12:13:24 PM | SENT |

EXHIBIT 7



[21A]

### 202239178 - EDWARDS, RENATER vs. NEWREZ LLC (FKA NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE (Court 190)

Print All  *(non-financial)*
Chronological History

| | |
|---|---|
| **Summary** | **+** |
| **Appeals** | **+** |
| **Cost Statements** | **+** |
| **Transfers** | **+** |
| **Post Trial Writs** | **+** |
| **Abstracts** | **+** |
| **Parties** | **+** |
| **Court Costs** | **+** |
| **Judgments/Events** | **+** |
| **Settings** | **+** |
| **Services/Notices** | **+** |
| **Court Registry** | **+** |
| **Child Support** | **+** |
| **Images** | **–** |

\* Note: Not every case file in our library of records is available in electronic format. (A document may be filed in a case that is not viewable electronically.) Only **non-confidential** civil/criminal documents are available to the public. If a document in a case you are looking for is not available, please **click here** to notify Customer Service.

**You may print and save uncertified copies of documents from the preview window.**

**Purchase Order**
☞ ( 0 documents )
Print List 🖶

If you are not a litigant in this case, you may visit our Customer Service departments to obtain copies of documents. Confidential or Sealed documents may not be dispensed to public customers.

If you are a litigant that is a party of this case and would like access to the restricted documents, please click **here**.

| Image No. | Type | Title | [Reset Sort] | Post Jdgm | Date | Pages | Add Entire Case 🖶 |
|---|---|---|---|---|---|---|---|
| 102792390 | Filing | Affidavit of Service | | | 07/05/2022 | 1 | Add to Basket 🖶 |
| 102761124 | Filing | Affidavit of Service | | | 07/01/2022 | 2 | Add to Basket 🖶 |
| 102732268 | Filing | Affidavit of Plaintiff Renater Edwards | | | 06/30/2022 | 3 | Add to Basket 🖶 |
| 102734753 | Filing | Civil Process Request for Bank Of New York TRO | | | 06/30/2022 | 2 | Add to Basket 🖶 |
| 102734754 | Filing | Civil Process Request for Newrez TRO | | | 06/30/2022 | 2 | Add to Basket 🖶 |
| 102736750 | Order | ORDER SETTING BOND SIGNED | | | 06/30/2022 | 3 | Add to Basket 🖶 |
| | | ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER | | | 06/30/2022 | | |
| | | ORDER SIGNED SETTING HEARING | | | 06/30/2022 | | |
| 102737124 | Filing | Clerks Certificate of Cash Deposit in Lieu of Injunction Bond per Order of the Court | | | 06/30/2022 | 1 | Add to Basket 🖶 |
| 102725056 | Filing | Plaintiffs Original Petition and Verified Application for Temporary Restraining Order | | | 06/29/2022 | 10 | Add to Basket 🖶 |
| 102725057 | Filing | Exhibit A | | | 06/29/2022 | 3 | |

**EXHIBIT 8**

Office of Harris County District Clerk - Marilyn Burgess | Case (Cause) Details 202239178-7

| Image No. | Type | Title | [Reset Sort] | Post Jdgm | Date | Pages | Add Entire Case |
|-----------|------|-------|--------------|-----------|------|-------|-----------------|
| 102725058 | Filing | Proposed Temporary Restraining Order and Order Setting Hearing on Temporary Injunction | | | 06/29/2022 | 3 | Add to Basket |

EXHIBIT 8

7/12/22, 7:36 AM                                                              Print Details

HARRIS COUNTY APPRAISAL DISTRICT                    Tax Year: 2022
REAL PROPERTY ACCOUNT INFORMATION
**0942610000010**                                    **Print**

| Owner and Property Information | |
| --- | --- |
| Owner Name & Mailing Address: **JOHNSON FRANKIE M ESTATE OF 5111 MADDEN LN HOUSTON TX 77048-2727** | Legal Description: **LT 10 BLK 35 CRESTMONT PARK SEC 3** <br> Property Address: **5111 MADDEN LN HOUSTON TX 77048** |

| State Class Code | Land Use Code | Land Area | Total Living Area | Neighborhood | Neighborhood Group | Market Area | Map Facet | Key Map¿½ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A1 -- Real, Residential, Single-Family | 1001 -- Residential Improved | 7,389 SF | 2,220 SF | 8440.05 | 1319 | 132 -- 1C South of Old Spanish Trail btwn SH 288 and I-45 | 5452D | 573M |

### Value Status Information

| Value Status | Notice Date | Hearing Status | Shared CAD |
| --- | --- | --- | --- |
| Noticed | 3/31/2022 | Protest Received | No |

### Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | Exemption Value | ARB Status | 2021 Rate | 2022 Rate |
| --- | --- | --- | --- | --- | --- | --- |
| **None** | 001 | HOUSTON ISD | | Not Certified | 1.094400 | |
| | 040 | HARRIS COUNTY | | Not Certified | 0.376930 | |
| | 041 | HARRIS CO FLOOD CNTRL | | Not Certified | 0.033490 | |
| | 042 | PORT OF HOUSTON AUTHY | | Not Certified | 0.008720 | |
| | 043 | HARRIS CO HOSP DIST | | Not Certified | 0.162210 | |
| | 044 | HARRIS CO EDUC DEPT | | Not Certified | 0.004990 | |
| | 048 | HOU COMMUNITY COLLEGE | | Not Certified | 0.099092 | |
| | 061 | CITY OF HOUSTON | | Not Certified | 0.550830 | |

Texas law prohibits us from displaying residential photographs, sketches, floor plans, or information indicating the age of a property owner on our website. You can inspect this information or get a copy at **HCAD's information center at 13013 NW Freeway.**

### Valuations

| Value as of January 1, 2021 | | | Value as of January 1, 2022 | | |
| --- | --- | --- | --- | --- | --- |
| | Market | Appraised | | Market | Appraised |
| Land | 18,885 | | Land | 55,956 | |
| Improvement | 129,762 | | Improvement | 135,263 | |
| Total | 148,647 | 148,647 | Total | 191,219 | 191,219 |



## Land

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Market Value Land | | | | | | | | | |
| Line | Description | Site Code | Unit Type | Units | Size Factor | Site Factor | Appr O/R Factor | Appr O/R Reason | Total Adj | Unit Price | Adj Unit Price | Value |
| 1 | 1001 -- Res Improved Table Value | SF1 | SF | 6,600 | 1.00 | 1.00 | 1.00 | -- | 1.00 | 8.00 | 8.00 | 52,800.00 |
| 2 | 1001 -- Res Improved Table Value | SF3 | SF | 789 | 1.00 | 0.50 | 1.00 | -- | 0.50 | 8.00 | 4.00 | 3,156.00 |

## Building

| Building | Year Built | Type | Style | Quality | Impr Sq Ft | Building Details |
|---|---|---|---|---|---|---|
| 1 | 1964 | Residential Single Family | Residential 1 Family | Average | 2,220 * | Displayed |

* All HCAD residential building measurements are done from the exterior, with individual measurements rounded to the closest foot. This measurement includes all closet space, hallways, and interior staircases. Attached garages are not included in the square footage of living area, but valued separately. Living area above *attached* garages is included in the square footage living area of the dwelling. Living area above *detached* garages is not included in the square footage living area of the dwelling but is valued separately. This method is used on all residential properties in Harris County to ensure the uniformity of square footage of living area measurements district-wide. There can be a reasonable variance between the HCAD square footage and your square footage measurement, especially if your square footage measurement was an interior measurement or an exterior measurement to the inch.

### Building Details (1)

| Building Data | |
|---|---|
| Element | Detail |
| Cond / Desir / Util | Average |
| Foundation Type | Slab |
| Grade Adjustment | C+ |
| Heating / AC | Central Heat/AC |
| Physical Condition | Average |
| Exterior Wall | Brick / Veneer |
| Element | Units |
| Room: Total | 7 |
| Room: Rec | 1 |
| Room: Full Bath | 2 |
| Room: Bedroom | 3 |

| Building Areas | |
|---|---|
| Description | Area |
| BASE AREA PRI | 1,912 |
| OPEN FRAME PORCH PRI | 99 |
| MAS/BRK GARAGE PRI | 380 |
| ONE STORY FRAME PRI | 308 |
| OPEN FRAME PORCH PRI | 252 |

## Extra Features

| Line | Description | Quality | Condition | Units | Year Bulit |
|---|---|---|---|---|---|
| 1 | Frame Detached Garage | Average | Poor | 480.00 | 1994 |

EXHIBIT 9